AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

| | | |
|---|---|---|
| Chicago Area Joint Welfare Committee, Local 52, et al<br>*Plaintiff* | ) | |
| v. | ) | Case No. 2:26-mc-00029-AZ |
| Algozine Masonry Restoration, Inc.<br>*Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

2:26-mc-00029-AZ .

Date: 08/17/2026

/s/ Todd A. Miller
*Attorney's signature*

Todd A. Miller, No. 6216561
*Printed name and bar number*

20 N. Wacker, Suite 3517
Chicago, IL 60606
*Address*

tam@alloccomiller.com
*E-mail address*

(312) 675-4325
*Telephone number*

(312) 675-4326
*FAX number*

Print Save As... Reset