AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

| | | |
|---|---|---|
| Chicago Area Joint Welfare Committee for thePointing, *Plaintiff* | ) | |
| v. | ) | Case No. 2:26-mc-00029-AZ |
| Algozine Masonry Restoration, Inc., *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Algozine Masonry Restoration, Inc., .

Date: 08/14/2026

/s/ O. Allan Fridman
*Attorney's signature*

O. Allan Fridman 6274954
*Printed name and bar number*

555 Skokie Blvd Suite 500
Northbrook, IL 60062
*Address*

allan@fridlg.com
*E-mail address*

(847) 412-0788
*Telephone number*

*FAX number*