IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et al.*, | ) | |
| Plaintiffs/Judgment Creditors, | ) | CIVIL ACTION<br>NO. 26-mc-00029-AZ |
| v. | ) | |
| ALGOZINE MASONRY RESTORATION, INC., an Indiana corporation, | ) | |
| Defendant/Judgment Debtor. | ) | |

**<u>PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS</u>**

Plaintiffs, Chicago Area Joint Welfare Committee for the Pointing, Cleaning and Caulking Industry, Local 52, *et al*. ("Plaintiffs" or "Funds"), by and through their attorneys, and pursuant to FRCP 37(2)(C), request payment of Plaintiffs' attorneys' fees and costs. In support of that motion, Plaintiffs state:

1. On April 17, 2026, Plaintiffs registered a judgment originally entered in the United States District Court for the Northern District of Illinois with the Clerk of this Court. Defendant, Algozine Masonry Restoration, Inc., resides within this District and Division, and Plaintiffs seek to collect the judgment amount of $566,503.58 from it. The matter was assigned Case No. 2:26-mc-00029-AZ and to Magistrate Judge Abizer Zanzi. As of the date of the filing of this motion, Defendants have not appeared.

2. On April 30, 2026, Plaintiffs' counsel filed an Ex Parte Motion for Proceedings Supplemental.

3. On June 12, 2026, Magistrate Judge Zanzi entered an order granting the Ex Parte Motion and set a proceedings supplemental hearing for July 9, 2026, at 9:00 a.m. Further, Judge Zanzi ordered Plaintiffs to serve the Order on Defendant/Judgment Debtor 20 days prior to the hearing or by June 19, 2026.

4. On June 24, 2026, Plaintiffs' counsel filed a Motion for Extension of Time due to technical difficulties.

5. On June 25, 2026, Magistrate Judge Abizer Zanzi entered an order granting the Motion for Extension of Time for good cause shown.

6. On June 29, 2026, on the Motion for Extension of Time, Magistrate Judge Abizer Zanzi ordered a supplemental hearing for July 30, 2026, at 11:00 a.m. Further, Judge Zanzi ordered Plaintiffs to serve the Order on Defendant/Judgment Debtor 20 days prior to the hearing, or by July 10, 2026.

7. On June 30, 2026, Plaintiffs' counsel received the certified mail/return receipt card indicating that Defendant was served on June 29, 2026.

8. Plaintiffs' counsel subsequently became aware of a conflict, as she was scheduled to be in Rock Island, Illinois, for an unrelated deposition on July 30, 2026.

9. On July 13, 2026, Plaintiffs' counsel filed a motion requesting a new date for the supplemental hearing due to her scheduling conflict.

10. On July 16, 2026, Magistrate Judge Abizer Zanzi entered an order granting the Motion for Extension of Time for good cause shown.

11. On July 23, 2026, Plaintiffs' counsel served the Order on Defendant by certified mail/return receipt requested.

12. On August 12, 2026, Plaintiffs' counsel sent an email to citation respondent David Algozine requesting that the requested documents be provided ahead of the supplemental hearing to expedite the citation examination.

13. On August 12, 2026, Plaintiffs' counsel scheduled a court reporter for the August 17, 2026 Supplemental Hearing.

14. On August 14, 2026, Plaintiffs' counsel followed up on the August 12, 2026, email previously sent to the citation respondent, David Algozine. Citation respondent replied to the email at 5:30 p.m., stating that he had notified his counsel and requested a postponement of the hearing. Plaintiffs' counsel emailed Defendant's counsel, advising that the supplemental hearing could not be postponed because it was scheduled after 5:00 pm on Friday, August 14, 2026.

15. On August 16, 2026, at 8:30 pm, Plaintiffs' counsel received an email from Defendant's counsel Todd Miller stating he would represent the Defendant at the pro-supp hearing in Hammond the next morning; he also noted that Defendant co-counsel Allan Fridman was preparing a motion to terminate the pro-supp and planned to request a brief continuance from Judge Zanzi to allow for filing and response.

16. On August 17, 2026, Defendant did not appear in court as ordered and has not shown good cause for the absence. Plaintiffs request reimbursement of their attorneys' fees and costs, and the court reporter's fee, for the canceled supplemental hearing. Plaintiffs' counsel also requests this Court to set a new citation examination date.

17. Plaintiffs have incurred attorneys' fees of $423.00, costs of $89.22, and a court reporter cancellation fee of $345.00, for a total of $857.22.

I hereby verify, as an officer of this Court, that the facts as stated herein are true and correct.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court issue: (1) an order directing Defendant/Judgment Debtor to pay $857.22 for Plaintiffs' attorneys' fees, costs, and court reporter fees incurred by the Plaintiffs due to the cancellation of the citation examination of David Algozine on August 17, 2026 by September 25, 2026, and (2) and issue an order setting a new date for the continued citation examination of David Algozine.

Respectfully submitted,

/s/ Fiona M. Lamb

Fiona M. Lamb
Attorney for Plaintiffs/Judgment Creditors
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams Street, Suite 1825
Chicago, IL 60606-5250
Telephone: 312-216-2571
Facsimile: 312-236-0241
E-Mail: flamb@baumsigman.com
I:\52J\Algozine Masonry\Motion for fees 8.21.26 FML.docx

# CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Plaintiffs' Motion for Attorneys' Fees and Costs) with the Clerk of Court using the CM/ECF system, which will send email notification to the following CM/ECF participants on or before the hour of 5:00 p.m. this 21st day of August 2026:

Mr. O. Allan Fridman
Attorney at Law
555 Skokie Boulevard, Suite 500
Northbrook, IL 60062-2845
allanfridman@gmail.com

Mr. Todd A. Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606-3108
tam@alloccomiller.com

/s/ Fiona M. Lamb

Fiona M. Lamb
Attorney for Plaintiffs/Judgment Creditors
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams Street, Suite 1825
Chicago, IL 60606-5250
Telephone: 312-216-2571
Facsimile: 312-236-0241
E-Mail: flamb@baumsigman.com
I:\52J\Algozine Masonry\Motion for fees 8.21.26 FML.docx