IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et al.*, | ) | |
| Plaintiffs/Judgment Creditors, | ) | CIVIL ACTION<br>NO. 26-mc-00029-AZ |
| v. | ) | |
| ALGOZINE MASONRY RESTORATION, INC., an Indiana corporation, | ) | |
| Defendant/Judgment Debtor. | ) | |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS'**
**VERIFIED, EX-PARTE MOTION FOR PROCEEDINGS SUPPLEMENTAL**

TO: Mr. O. Allan Fridman
Attorney at Law
555 Skokie Boulevard, Suite 500
Northbrook, IL 60062-2845

Mr. Todd A. Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
chicago, IL 60606-3108

NOW COME Plaintiffs/Judgment Creditors, by and through their attorneys, and in accordance with the Federal Rules of Civil Procedure, hereby withdraws Plaintiffs' Verified, Ex-Parte Motion for Proceedings Supplemental filed with this Court on April 30, 2026, said hearing on the motion being before this Court on Monday, August 17, 2026, with prejudice to the rights of Plaintiffs/Judgment Creditors.

Respectfully submitted,

/s/ Fiona M. Lamb

Fiona M. Lamb
Attorney for Plaintiffs/Judgment Creditors
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams Street, Suite 1825
Chicago, IL 60606-5250
Telephone: 312-216-2571
Facsimile: 312-236-0241
E-Mail: flamb@baumsigman.com
I:\52J\Algozine Masonry\notice of withdrawal of motion for proceedings supplemental 8-27-26.fml.df.docx

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Withdrawal of Plaintiffs' Verified, Ex-Parte Motion for Proceedings Supplemental) with the Clerk of Court using the CM/ECF system, which will send email notification to the following CM/ECF participants on or before the hour of 5:00 p.m. this 27th day of August 2026:

Mr. O. Allan Fridman
Attorney at Law
555 Skokie Boulevard, Suite 500
Northbrook, IL 60062-2845
allanfridman@gmail.com

Mr. Todd A. Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606-3108
tam@alloccomiller.com

/s/ Fiona M. Lamb

Fiona M. Lamb
Attorney for Plaintiffs/Judgment Creditors
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams Street, Suite 1825
Chicago, IL 60606-5250
Telephone: 312-216-2571
Facsimile: 312-236-0241
E-Mail: flamb@baumsigman.com
I:\52J\Algozine Masonry\notice of withdrawal of motion for proceedings supplemental 8-27-26.fml.df.docx